**John Barhoum**, WSBA #42776
john.barhoum@chockbarhoum.com
CHOCK BARHOUM LLP
1212 SW Morrison Street, Ste 415
Portland, OR 97204
Telephone: (503) 223-3000
Facsimile: (503) 954-3321
**Russell D. Garrett**, WSBA #18657
russell.garrett@jordanramis.com
JORDAN RAMIS PC
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Attorneys for Cynthia Elizabeth Blackwell

Honorable Christopher Alston
Chapter 7
Location: Seattle
Hearing Date: December 1, 2022
Hearing Time: 9:30 a.m.
Response Date: November 25, 2022

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In re<br><br>CYNTHIA ELIZABETH BLACKWELL,<br><br>Debtor. | Case No. 22-10102-CMA<br><br>DEBTOR'S RESPONSE TO AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY |

Cynthia Blackwell, the Debtor in this case (hereinafter "Debtor"), responds to the Amended Motion for Order Granting Relief From the Stay, relief from the discharge order and to reopen the case [Dkt. No. 20]. Debtor believes the case should be reopened but objects to the rest of the relief requested as outlined below.

**Facts**

The Creditor in this case, Hidalma Porcel (hereinafter "Creditor"), was notified of the bankruptcy when it was filed and should have received notice from the court of the discharge injunction when the discharge was entered and the case closed as that was served on her in the name of the decedent Juan Porcel and mailed to her address. Thereafter and despite the notice,

DEBTOR'S RESPONSE TO AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY - Page 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.RDG 4853-8579-8464.3

Case 22-10102-CMA    Doc 25    Filed 11/25/22    Ent. 11/25/22 16:00:34    Pg. 1 of 4

Creditor filed the state court action referenced in the Creditor's motion, against the Debtor seeking damages from a pre-petition automobile accident. Debtor's defense counsel forwarded a copy of the discharge order to Creditor's personal injury counsel and offered to pay policy limits immediately. In response, Creditor's personal injury counsel refused this request, filed this motion and served discovery on Ms. Blackwell's counsel from Chock Barhoum in the wrongful death case filed in King County Superior Court. Debtor even filed an Answer in King County and raised new claims against Creditor arising from the post-discharge violations. In response, Creditor filed the current motions to reopen and for relief from the stay and discharge.

**Motion to Reopen**

The Debtor consents to reopening of the case and further believes the case should be reopened for the court's consideration of the issue. No assets are to be administered so there is no reason for a Trustee to be reappointed. It is entirely appropriate for the Court to reopen this case and be aware of the issues that now exist before granting any relief to the Creditor. Creditor violated 11 USC § 524 (a)(2) and (3) and Debtor has been damaged by being sued in state court.

**Motion for Relief from Stay**

The Automatic Stay under 11 USC § 362 terminated upon entry of the discharge order. 11 USC § 362 (c)(2). Even if the case is reopened, the Automatic Stay does not become reinstated against the Debtor. Instead, the Discharge Injunction under 11 USC § 524 remains in effect. There is no reason to grant relief from the Automatic Stay. Accordingly, Debtor objects to the motion for an order for relief from the Automatic Stay.

**Motion for Relief from Discharge**

Creditor provides no legal support for the relief requested from the Discharge Order and resulting injunction under 11 USC § 524. None exists. However, Debtor has no objection to Creditor collecting, directly from the insurance carrier, the policy limits of her insurance policy. Debtor objects to any relief that would exist Nunc pro tunc or that might otherwise authorize Creditor to file the state court lawsuit on the pre-petition claim, continue the lawsuit despite the

DEBTOR'S RESPONSE TO AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY - Page 2

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.RDG 4853-8579-8464.3

Case 22-10102-CMA    Doc 25    Filed 11/25/22    Ent. 11/25/22 16:00:34    Pg. 2 of 4

Discharge Injunction, serving discovery request and rejecting multiple offers to settle the state court wrongful death case for Ms. Blackwell's policy limits. Those actions and inactions on the part of Creditor are intentional violations of the Bankruptcy Court's discharge Order and Injunction and should be addressed in this court.

**Conclusion**

The case should be reopened and remain open in order to address a future motion for Contempt and action addressing Creditor's violation of the discharge injunction. The motion for relief from stay is unnecessary because the Automatic Stay terminated automatically upon entry of the discharge order in this case. The motion for relief from the discharge order is inappropriate because the insurance carrier is prepared to tender policy limits. Finally, nothing in the Creditor's motion suggests that Creditor plans to dismiss the Debtor with prejudice and without costs or attorney fees as part of its requested relief.

Dated this 25th November, 2022.

JORDAN RAMIS PC

By: /s/ Russell D. Garrett
Russell D. Garrett, WSBA #18657
*Attorneys for Cynthia Elizabeth Blackwell*

CHOCK BARHOUM LLP

By: /s/ John Barhoum
John Barhoum, WSBA #42776
*Attorneys for Cynthia Elizabeth Blackwell*

DEBTOR'S RESPONSE TO AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY - Page 3

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.RDG 4853-8579-8464.3

Case 22-10102-CMA    Doc 25    Filed 11/25/22    Ent. 11/25/22 16:00:34    Pg. 3 of 4

# DECLARATION OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing DEBTOR'S RESPONSE TO AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| William Jeffrey Davis<br>Bell & Davis PLLC<br>PO Box 510<br>720 E. Washington St.<br>Ste 105<br>Sequim, WA 98382<br>  Attorney for Debtor | Edmund J Wood<br>303 N 67th St<br>Seattle, WA 98103<br>  Trustee |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>  US Trustee | Marc S. Stern<br>Attorney at Law<br>1825 NW 65th Street<br>Seattle, WA 98117<br>  Attorney for Hidalma Porcel |

DATED: November 25, 2022.

*/s/ Russell D. Garrett*
Russell D. Garrett, WSBA #18657
russell.garrett@jordanramis.com

DECLARATION OF SERVICE - 1

JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr., 6th Floor
Lake Oswego, Oregon 97035
Telephone: (503) 598-7070 Fax: (503) 598-7373
40059-12345.RDG 4853-8579-8464.3

Case 22-10102-CMA    Doc 25    Filed 11/25/22    Ent. 11/25/22 16:00:34    Pg. 4 of 4