Entered on Docket December 2, 2022

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Cynthia Elizabeth Blackwell,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10102<br><br>ORDER ON AMENDED MOTION FOR ORDER GRANTING RELIEF FROM STAY AND/OR DISCHARGE TO PURSUE INSURANCE PROCEEDS AND REOPENING CASE IF NECESSARY |

This matter came before the Court on Hidalma Porcel's Amended Motion for Order Granting Relief from Stay and/or Discharge to Pursue Insurance Proceeds and Reopening Case if Necessary (the "Motion") [ECF No. 20]. The Court held a hearing on the Motion on December 1, 2022, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby

ORDERED that the Motion is DENIED without prejudice.

/// END OF ORDER ///

Order - 1