# M<small>ARC</small> S. S<small>TERN</small>
Attorney at Law
1825 NW 65th Street
Seattle, Washington 98117

(206) 448-7996      Fax: (206) 297-8778
E-Mail: marc@hutzbah.com

February 24, 2023

Honorable Christopher Alston
United States Bankruptcy Court
via CM/ECF

    Re: In Re: Cynthia Elizabeth Blackwell
    USBC WDWA 22-10102-CMA

Dear Judge Alston:

    I have reviewed the proposed order drafted by Russell D. Garrett. There were, I believe certain nuances in the Court's oral decision. Unfortunately, the audio did not become available until this morning at 6:15 a.m. I am having the Court's oral decision transcribed. After that is done, I will be able to either agree to the proposed order or submit my client's proposed order for Court review.

    I anticipate having an unofficial transcript by Wednesday of next week and I will have either a proposed order or consent to the entry of this one by Friday, March 3, 2023

    Thank you for allowing the time to be accurate.

    Sincerely yours

    Marc S. Stern

MSS
letter to alston.wpd
cc    All partries via ECF
       Client